UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>24 HOURS FITNESS, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04799-JCS<br><br>**DEADLINE FOR FILING AMENDED COMPLAINT** |

In a separate Order, the Court dismissed Plaintiff's complaint with leave to amend pursuant to 28 U.S.C. § 1915. Plaintiff's amended complaint shall be filed within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: December 21, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge