Tiffany Renee Thomas (SBN 239085)
Email:    tthomas@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:    rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
24 Hour Fitness USA, Inc. and Tyler Eklund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>24 HOUR FITNESS AND TYLER EKLUND,<br><br>　　　　　　Defendants. | No.: 15-cv-04799-JCS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING SEQUENCING OF**<br>**MANDATORY SETTLEMENT**<br>**CONFERENCE** |

**STIPULATION**

Plaintiff Marco B. Heyward ("Plaintiff") and Defendants 24 Hour Fitness USA, Inc. and Tyler Eklund ("Defendants") hereby jointly propose and submit the following Stipulation for the Court's consideration:

**WHEREAS**, on March 30, 2016, Defendants filed a Motion to Dismiss, Or, In the Alternative, Compel Arbitration and Stay Litigation ("Motion"), which is currently scheduled for hearing on June 24, 2016;

**WHEREAS**, per the Local Rules, Plaintiff and Defendants jointly selected a mandatory settlement conference before a magistrate judge ("MSC") as its preferred ADR method;

**WHEREAS**, Tamara Lange, the Court's ADR Program Staff Attorney, recommended that the MSC occur prior to the hearing on Defendants' Motion;

**WHEREAS**, Plaintiff requested that MSC occur prior to the hearing on Defendants' Motion; and

**WHEREAS**, Defendants do not want their agreement to participate, or participation, in an MSC to be perceived as, or considered to be, conduct inconsistent with their intent to pursue arbitration or an express or implied waiver of their right to arbitration.

**NOW THEREFORE**, the Parties, hereby **STIPULATE** and **AGREE** as follows:

1. Defendants' agreement to participate, and/or participation, in an MSC prior to the hearing on Defendants' Motion will not constitute conduct inconsistent with Defendants' intent to pursue arbitration;

2. Defendants' agreement to participate, and/or participation, in an MSC prior to the hearing on Defendants' Motion will not operate as a waiver, in whole or part, of any right to arbitration Defendants may possess; and

3. Plaintiff has not and will not suffer any prejudice if the MSC occurs prior to the hearing on Defendants' Motion.

/ / /

/ / /

/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: June 16, 2016

REED SMITH LLP

By: ___/s/ Renee Feldman_____
    Tiffany Renee Thomas
    Renee C. Feldman
    Attorneys for Defendants
    24 Hour Fitness USA, Inc. and Tyler Eklund

DATED: June 16, 2016

By: ___/s/ Marco Heyward_____
    Marco B. Heyward
    In Pro Per Plaintiff

Pursuant to Local Rule 5.1(i)(3) the undersigned attests that concurrence in the filing of the document has been obtained from each of the signatories.

REED SMITH LLP

By: ___/s/ Renee Feldman_____
    Tiffany Renee Thomas
    Renee C. Feldman
    Attorneys for Defendants
    24 Hour Fitness USA, Inc. and Tyler Eklund

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: June 20, 2016

_____
Joseph C. Spero
United States Magistrate Judge

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER REGARDING SEQUENCING OF MANDATORY SETTLEMENT CONFERENCE