UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>24 HOURS FITNESS, et al.,<br><br>    Defendants. | Case No.  15-cv-04799-JCS   (SK)<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephonic Scheduling Conference in preparation for the Settlement Conference on **July 7, 2016 at 2:00 p.m**. Defense counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by July 5, 2016. Additionally, defense counsel shall provide the dial-in information to the Plaintiff. If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide to the email address above three mutually agreed upon dates and times at which they will be available.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>    Plaintiff,<br><br>v.<br><br>24 HOURS FITNESS, et al.,<br><br>    Defendants. | Case No. 15-cv-04799-JCS   (SK)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco B. Heyward
P.O. Box 466
Hayward, CA 94543

Dated: June 28, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ M. Lozenski
Melinda K. Lozenski, Deputy Clerk to the
Honorable SALLIE KIM

2