UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br>        Plaintiff.<br>  v.<br>24 HOURS FITNESS, et al.,<br>        Defendants. | Case No. 15-cv-04799-JCS<br>Related Case 15-cv-4802-KCS<br><br>**ORDER TO SHOW CAUSE** |
| MARCO B. HEYWARD,<br>        Plaintiff.<br>  v.<br>HAYWARD POLICE DEPT., et al.,<br>        Defendants | |

A further case management conference was scheduled on August 19, 2016, before this Court in the above-entitled cases. Plaintiff was not present. Defendants were present.

IT IS HEREBY ORDERED that Plaintiff appear on **November 18, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 19, 2016, for failure to prosecute, and for failure to comply with the Court's Order of July 12, 2016. A case management conference is also scheduled for **November 18, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: August 22, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>24 HOURS FITNESS, et al.,<br><br>        Defendants. | Case No.  15-cv-04799-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco B. Heyward
P.O. Box 466
Hayward, CA 94543

Dated: August 23, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____*Karen L. Hom*_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO