Tiffany Renee Thomas (SBN 239085)
Email:    tthomas@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:    rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
24 Hour Fitness USA, Inc. and Tyler Eklund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>24 HOUR FITNESS AND TYLER EKLUND,<br><br>　　　　　Defendants. | No.: 15-cv-04799-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Marco B. Heyward and Defendants 24 Hour Fitness USA, Inc. and Tyler Eklund, by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Marco B. Heyward
*Plaintiff in pro per*

_____
Renee C. Feldman
Reed Smith LLP

*Counsel for Defendants 24 Hour Fitness USA, Inc. and Tyler Eklund*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 8/30/16

_____
Honorable Joseph C. Spero
Chief Magistrate Judge